JOSEPHINE DEMARIA, Respondent, v. NORMAN W. McBURNEY, Chairman, MARDA F. LULE and ARTHUR SANDFORD, Building Inspectors, G. EVERETT HAND and Others, of Board of Appeals, Town of Smithtown, Suffolk County, New York, Appellants, and NANNIE J. CONN, Intervening Appellant.— Order denying motion to dismiss petition to review action of the board of zoning appeals of the town of Smithtown reversed on the law, without costs, and motion granted, without costs. (See *Matter of Fammler* v. *The Board of Zoning Appeals of the Town of Hempstead, ante*, p. 777.) Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

ROBERT EFFENBERGER and ELLA EFFENBERGER, Respondents, v. IRVING SHERMAN, Appellant.— Action to recover damages for personal injuries sustained by the plaintiff wife, who was struck by a descending fire escape while she was leaving the defendant's theatre after a performance which she attended. Her husband joined in the complaint and sued to recover for medical expenses and loss of services. The appeal is from a judgment rendered in favor of the plaintiffs after a trial by the court without a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.